FILED
 2011 Aug-02  PM 01:14
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **GINA H. STOCKBURGER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.:** |
| **v.** ) | |
| ) | **2:11-CV-1691-RRA** |
| **CITY OF HOOVER, ALABAMA,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

This case comes before the court on the motion of the defendants for judgment on the pleadings. (Doc. 7.) On July 11, 2011, the magistrate recommended that the motion be granted, and that all counts except Count One against the City for monetary damages be dismissed. (Doc. 13.) No objections to the recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. An appropriate order will be entered.

**DONE** this the 2nd day of August, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**VIRGINIA EMERSON HOPKINS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge