UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GINA H. STOCKBURGER, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:11-CV-1691-RDP |
| } | |
| CITY OF HOOVER, ALABAMA, } | |
| } | |
| Defendant. } | |

## MEMORANDUM OPINION

On May 19, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. #42). Petitioner filed objections to the Magistrate Judge's Report and Recommendation on May 30, 2014. (Doc. #43). On June 9, 2014, Defendant responded to Plaintiff's Objections. (Doc. #44).

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, Plaintiff's objections, and Defendant's response thereto, the court **OVERRULES** Plaintiff's objections and **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge that the City of Hoover's motion for summary judgment (Doc. #25) be granted and the action be dismissed with prejudice.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this June 19, 2014.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE